# Court of Appeals
# of the State of Georgia

ATLANTA,___June 08, 2012_____

*The Court of Appeals hereby passes the following order:*

## A12A0109. OAK MOUNTAIN GOLF PROPERTY OWNERS ASSOCIATION, INC. v. OAK MOUNTAIN CHAMPIONSHIP GOLF CLUB, LLC.

This is a direct appeal from a judgment in a de novo proceeding in the state court reviewing a magistrate court judgment. Because this appeal was required to be brought pursuant to the procedures governing discretionary appeals, and the Appellant failed to follow those procedures, this Court lacks jurisdiction, and the direct appeal must be dismissed. OCGA § 5-6-35 (a) (11); *Rebich v. Miles*, 264 Ga. 467, 468-469 (448 SE2d 192) (1994).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_06/08/2012_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____, *Clerk.*